E.3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GARDEN CITY BOXING CO. INC.

**SUMMONS IN A CIVIL CASE**

V.

JAMES E. ATKINS, ETAL

CASE NUMBER.   1:06CV01877 RMU

TO: (Name and address of Defendant)

JEFFERSON GRILL, INC.
T/A MACOMBO LOUNGE
C/O GEORGE A. WRAY- REGISTERED AGENT
5335 GEORGIA AVE., N.W.
WASHINGTON, DC 20011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HERBERT A. ROSENTHAL, CHARTERED
1020 19TH STREET, N.W., SUITE 400
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: James Young, Manager

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/07
Date

Signature of Server: Lloyd Thompson

Address of Server: 1220 L St. N.W. Washington, D.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.