CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Garden City Boxing Co., Inc.
_____
Plaintiff

vs.

Civil Action No. 1:06 CV 01877 (RMU)

James E. Atkins ETAL
Jefferson Grill
T/A Macombo Lounge
_____
Defendant

### DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the __28th__ day of __February__, __2007__, and an affidavit on behalf of the __23rd__ day of __March__ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Garden City Boxing Co, Inc.  )
                             )
          vs.                )    Civil Action No. 1:06CV01877 (RMU)
                             )
James E. Atkins, ET AL       )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 23rd day of March, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Garden City Boxing Co, Inc.

was [were]:    [personally served with process on February 28, 2007  ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____ ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

011007
Bar Id. Number

HERBERT A ROSENTHAL, CHARTERED
1020-19TH STREET, NW, #400
WASHINGTON, DC 20036-6101
Address and Telephone Number

202 785-9773

## GENERAL INFORMATION

- Affidavits, default and default/judgment forms must be typed and submitted to the Civil In-Take Desk (original and one), together with the case jacket.

- If service was effected <u>outside</u> <u>the</u> <u>District</u> <u>of Columbia</u>, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case, must be cited along with the cite for the Long-Arm Statute.

- If service is made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service <u>must</u> <u>show</u> in <u>which</u> <u>capacity</u> <u>the</u> <u>individual served</u> <u>accepted</u> <u>service</u>. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is <u>not</u> <u>signed</u> <u>by</u> <u>the</u> <u>party</u> <u>named</u> in <u>the</u> <u>summons</u>, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the <u>original note</u> must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/ judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment <u>cannot</u> exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contained enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's forms.

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Garden City Boxing Co., Inc.
_____
Plaintiff

vs.

James E. Atkins, ETAL
_____
Defendant

Civil Action No. 1:06 CV 1877 (RMU)

In re: James E. Atkins ETAL
_____
(Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this __23rd__ day of __March__, __2007__, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____ .

_____
Attorney for Plaintiff

HERBERT A ROSENTHAL, CHARTERED
1020 19TH STREET, NW, #400
WASHINGTON, DC 20036-6101
Address