Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARDEN CITY BOXING CLUB

     Plaintiff(s)

   V.

Civil Action No. 06-1877 (RMU)

JAMES E. ATKINS AND JEFFERSON GRILL, INC. (TRADING AS MACOMBO LOUNGE)

     Defendant(s)

RE: JAMES E. ATKINS AND JEFFERSON GRILL, INC. (TRADING AS MACOMBO LOUNGE)

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of March, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     N. Wilkens
       Deputy Clerk