IN THE UNITED STATES DISTRICT OF COURT FOR THE DISTRICT OF
COLUMBIA CIVIL DIVISION

GARDEN CITY BOXING CLUB., Licensee
Of the Roy Jones V. Antonio Tarver Fight
On NOVEMBER 8, 2003
2380 S. Bascom Ave., Suite 200
Campbell, CA 95008

PLAINTIFF                                    Case No. 1:06CV01877
                                             Judge: Ricardo M. Urbina
                                             Deck Type: General Civil

V.

(1) JAMES E. ATKINS
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, DC 20011

OR
125 WEST BAY VIEW DRIVE
ANNAPOLIS, MARYLAND 21403

(2) JEFFERSON GRILL, INC. T./A MACOMBO LOUNGE
GEORGE A. WRAY, REGISTERED AGENT
5335 GEORGIA AVENUE, NW
WASHINGTON, DC 20011

OR
C/O JAMES E. ATKINS, PRESIDENT
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, D.C. 20011

## DEFENDANT JAMES E. ATKINS AND JEFFERSON LOUNGE, INC., T/A MACOMBO LOUNGE MOTION TO DISMISS

COMES NOW, the Defendants, James E. Atkins ("Atkins") and Jefferson Grill, Inc.,

trading as Macombo Lounge ("Macombo") by counsel, Andrea M. Bagwell, HARMON,

WILMOT, BROWN & BAGWELL, LLP, hereby submits this Motion to Dismiss, Or

Alternative Relief, and in support thereof submits the sound and just legal points and authorities set forth below.

**Memorandum of Points and Authorities**

I.    **BACKGROUND FACTS**

The plaintiff, Garden City Boxing Co., Inc., filed its lawsuit November 3, 2006 against the defendants, James E. Atkins and Jefferson Grill, Inc., trading as Macombo Lounge alleging that the Defendants and/or their agents, servants, workmen or employees used an illegal satellite receiver, intercepted plaintiff's signal and/or used an illegal cable converter box or device to intercept plaintiff's broadcast which originated via satellite uplink and then re transmitted via satellite or microwave signal to various cable and satellite systems.

It is further alleged that defendants intercepted the transmission of a closed circuit telecast of a professional boxing match between Roy Jones and Antonio Tarver on November 8, 2003. It is further alleged that the Defendants broadcasted the event to patrons within Macombo Lounge, a commercial establishment located at 5335 Georgia Avenue, N.W., Washington, D.C. and that the defendant's actions were in violation of Title 47 USC Section 605 of the Communications Act of 1934, 47 USC (hereinafter referred to as the "Statute") and by virtue of its proprietary rights in the Event.

The District of Columbia one-year statute of limitations period is applicable to and bars Garden City Boxing Co., Inc., suit arising our of the alleged illicit televising of the boxing match, where the match was shown on November 6, 2003, and Garden City Boxing Co., Inc. did not file suit until thirty-six (36) months later. A State's one year limitations period is applicable to bars and promoter's suit arising out of alleged illicit television of boxing match, where the match was shown on March 5, 1995 and promoter filed suit July 22, 1996, because delicutal limitations period is appropriate analog that does not frustrate federal policy. *Joe Hand Promotions v. Lott, 971 F. Supp. 1058 (ED Pa. 1977) (critized in KingVision Pay Per View, Ltd. V. Boom Town Saloon, Inc., 98 F. Supp. 2d 958 (Pa. Admin. Proceeding 2000)) and (criticized in Prostar v. Massachi, 239 F.3d 669 (5th Cir. 2001)).*

## Conclusion

Accordingly, the foregoing premises considered, the Defendants respectfully request that the Plaintiff's action be dismissed with prejudice.


Respectfully submitted

HARMON, WILMOT, BROWN & BAGWELL, LLP

_____,
Andrea M. Bagwell #434945
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100 (telephone)
(202) 783-9103 (facsimile)

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Verified Answer to Plaintiff's Complaint was mailed, postage prepaid, on this 6 day of ~~May~~ June, 2007 to:

Herbert A. Rosenthal
Herbert A. Rosenthal, Chartered
1050 19th Street, N.W., Suite #400
Washington, D.C. 20006-6101
(202) 785-9773 (telephone)
(202) 659-3526 (facsimile)
*Attorney for Plaintiff*

_____
Andrea M. Bagwell