IN THE UNITED STATES DISTRICT OF COURT FOR THE DISTRICT OF
COLUMBIA CIVIL DIVISION

GARDEN CITY BOXING CLUB., Licensee
Of the Roy Jones V. Antonio Tarver Fight
On NOVEMBER 8, 2003
2380 S. Bascom Ave., Suite 200
Campbell, CA 95008

PLAINTIFF                                Case No. 1:06CV01877
                                         Judge: Ricardo M. Urbina
                                         Deck Type: General Civil

V.

(1) JAMES E. ATKINS
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, DC 20011

OR
125 WEST BAY VIEW DRIVE
ANNAPOLIS, MARYLAND 21403

(2) JEFFERSON GRILL, INC. T./A MACOMBO LOUNGE
GEORGE A. WRAY, REGISTERED AGENT
5335 GEORGIA AVENUE, NW
WASHINGTON, DC 20011

OR
C/O JAMES E. ATKINS, PRESIDENT
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, D.C. 20011

### DEFENDANT JAMES E. ATKINS AND JEFFERSON LOUNGE, INC., T/A MACOMBO LOUNGE NOTICE OF ERRATA

COMES NOW, the Defendants, James E. Atkins ("Atkins") and Jefferson Grill, Inc., trading as Macombo Lounge ("Macombo") by counsel, Andrea M. Bagwell, HARMON, WILMOT, BROWN & BAGWELL, LLP, hereby submits this Notice of Errata.

Counsel for Defendants inadvertently did not file the Proposed Orders for the Motion to Vacate Entry of Default and the Motion to Dismiss. Please accept both these Proposed Orders with the respective documents.

Respectfully submitted

HARMON, WILMOT, BROWN & BAGWELL, LLP

_____,

Andrea M. Bagwell #434943
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100 (telephone)
(202) 783-9103 (facsimile)
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Errata was mailed, postage prepaid, on this \_\_\_\_\_ day of June, 2007 to:

Herbert A. Rosenthal
Herbert A. Rosenthal, Chartered
1050 19th Street, N.W., Suite #400
Washington, D.C. 20006-6101
(202) 785-9773 (telephone)
(202) 659-3526 (facsimile)
*Attorney for Plaintiff*

_____,

Andrea M. Bagwell

IN THE UNITED STATES DISTRICT OF COURT FOR THE DISTRICT OF
COLUMBIA CIVIL DIVISION

GARDEN CITY BOXING CLUB., Licensee
Of the Roy Jones V. Antonio Tarver Fight
On NOVEMBER 8, 2003
2380 S. Bascom Ave., Suite 200
Campbell, CA 95008

PLAINTIFF

Case No. 1:06CV01877
Judge: Ricardo M. Urbina
Deck Type: General Civil

V.

(1) JAMES E. ATKINS
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, DC 20011

OR
125 WEST BAY VIEW DRIVE
ANNAPOLIS, MARYLAND 21403

(2) JEFFERSON GRILL, INC. T./A MACOMBO LOUNGE
GEORGE A. WRAY, REGISTERED AGENT
5335 GEORGIA AVENUE, NW
WASHINGTON, DC 20011

OR
C/O JAMES E. ATKINS, PRESIDENT
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, D.C. 20011

### ORDER

Upon consideration of the Defendant James E. Atkins Motion to Dismiss, and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Singed by Richardo M. Urbina, United States District Judge, this _____ day of June, 2007.

IN THE UNITED STATES DISTRICT OF COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

GARDEN CITY BOXING CLUB., Licensee
Of the Roy Jones V. Antonio Tarver Fight
On NOVEMBER 8, 2003
2380 S. Bascom Ave., Suite 200
Campbell, CA 95008

PLAINTIFF

Case No. 1:06CV01877
Judge: Ricardo M. Urbina
Deck Type: General Civil

V.

(1) JAMES E. ATKINS
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, DC 20011

OR
125 WEST BAY VIEW DRIVE
ANNAPOLIS, MARYLAND 21403

(2) JEFFERSON GRILL, INC. T./A MACOMBO LOUNGE
GEORGE A. WRAY, REGISTERED AGENT
5335 GEORGIA AVENUE, NW
WASHINGTON, DC 20011

OR
C/O JAMES E. ATKINS, PRESIDENT
C/O JEFFERSON GRILL, INC. T/A MACOMBO LOUNGE
5335 GEORGIA AVENUE, N.W.
WASHINGTON, D.C. 20011

### ORDER

Upon consideration of the Defendant James E. Atkins Motion to Vacate Entry of Default, and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Singed by Richardo M. Urbina, United States District Judge, this _____ day of June, 2007.